**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-1229

CLARENCE E. GRICE,

                              Plaintiff - Appellant,

         versus

JO ANNE B. BARNHART, Commissioner of the
Social Security Administration,

                              Defendant - Appellee.

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.  Terry L. Wooten, District Judge.
(CA-03-4054-0-25)

Submitted:  August 1, 2005          Decided:  August 17, 2005

Before WILKINSON, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Clarence E. Grice, Appellant Pro Se.  Laura Ridgell-Boltz, SOCIAL
SECURITY ADMINISTRATION, Denver, Colorado, for Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Clarence E. Grice appeals the district court's order adopting the report and recommendation of the magistrate judge and affirming the Commissioner of the Social Security Administration's denial of disability insurance benefits and supplemental security income benefits. We must uphold the decision to deny benefits if the decision is supported by substantial evidence and the correct law was applied. See 42 U.S.C. § 405(g) (2000); Craig v. Chater, 76 F.3d 585, 589 (4th Cir. 1996). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Grice v. Barnhart, No. CA-03-4054-0-25 (D.S.C. Feb. 15, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED